UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF EL PASO J.A.G., INC. F/K/A EL PASO J.A.G., INC., <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY AND DEPOSIT COMPANY OF MARYLAND, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:25-cv-01220-JPH-MJD |

**ORDER**

This matter is before the Court on Plaintiff's Second Motion for Leave to File First Amended Complaint. [Dkt. 44.] Defendants object to the motion. The Court, being duly advised, **GRANTS** the motion for the reasons set forth below.

When, as here, leave to amend a complaint is sought prior to the applicable deadline, leave should be freely given "when justice so requires." Fed R. Civ. P. 15(a)(2). Rule 15(a) "favors amendment as a general matter." *Knowlton v. City of Wauwatosa*, 119 F.4th 507, 519 (7th Cir. 2024) (citing *Allen v. Brown Advisory, LLC*, 41 F.4th 843, 853 (7th Cir. 2022) (in turn citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)). Nevertheless, "leave may be denied on account of undue delay, prejudice, bad faith or dilatory motives, futility, or judicial economy." *Chicago Joe's Tea Room, LLC v. Vill. of Broadview*, 94 F.4th 588, 607 (7th Cir. 2024) (citing *Barry Aviation Inc. v. Land O'Lakes Municipal Airport Comm'n*, 377 F.3d 682, 687 (7th Cir. 2004)).

Despite this liberal standard, Defendants argue vigorously that Plaintiff's motion to amend should be denied because it is futile. An amendment is futile if it would not withstand a motion to dismiss. Defendants did not move to dismiss the original Complaint. Defendants do not explain how the additional facts contained in the Proposed Amended Complaint would render Plaintiff's claims futile, and it is not readily apparent to the Court. Plaintiff is entitled to amend its complaint to add those additional facts. In addition, the Proposed Amended Complaint clarifies that Plaintiff is seeking to retain the $29,389.20 payment it has received from Defendants and recover an additional $178,137.88, whereas the original Complaint simply sought a judgment of $207,527.08, which is the sum of those two amounts. Thus, despite Defendants' argument to the contrary, the Proposed Amended Complaint does, in fact, serve to clarify Plaintiff's claims.

Plaintiff's motion to amend is **GRANTED**. Plaintiff shall file its Amended Complaint, in substantially the same form as that found at Docket Number 44-1, **within three business days of the date of this Order.**

SO ORDERED.

Dated: 29 DEC 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.